**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Susan M. Babjak<br>　　　　　　<u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-20288 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Midland Mortgage as servicer for MIDFIRST BANK and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/James C. Warmbrodt, Esquire**
                  James C. Warmbrodt, Esquire
                  Attorney I.D. No. 42524
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  412-430-3594
                  jwarmbrodt@kmllawgroup.com