**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/19/2020

IN RE:

| | |
|---|---|
| SUSAN M. BABJAK | Case No.16-20288 TPA |
| 134 MT. VERNON AVENUE | |
| PITTSBURGH, PA 15229 | Chapter 13 |
| XXX-XX-2763        Debtor(s) | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/19/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**DUQUESNE LIGHT COMPANY***
ATTN: TARA R PFEITER, LITIGATION COUNSEL
411 7TH AVE
MAIL DROP 16-1
PITTSBURGH, PA  15219

Trustee Claim Number:1   INT %: 0.00%
Court Claim Number:9

CLAIM: 412.27
COMMENT: 0000/SCH

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 2763

---

**MIDFIRST BANK SSB***
ATTN BANKRUPTCY TRUSTEE PMTS*
999 NW GRAND BLVD STE 100

OKLAHOMA CITY, OK  73118

Trustee Claim Number:2   INT %: 0.00%
Court Claim Number:8

CLAIM: 17,024.53
COMMENT: LOANMOD@CID18*FR CITIBANK-DOC 101

CRED DESC:  MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 4707

---

**PEOPLES NATURAL GAS CO LLC - EQUITABLE**
ATTN BANKRUPTCY DEPARTMENT
375 NORTH SHORE DR

PITTSBURGH, PA  15212

Trustee Claim Number:3   INT %: 0.00%
Court Claim Number:10

CLAIM: 701.43
COMMENT: 2874/SCH

CRED DESC:  UNSECURED/LATE FILED
ACCOUNT NO.: 4863

---

**INTERNAL REVENUE SERVICE***
CENTRALIZED INSOLVENCY-TRUSTEE REMITS
PO BOX 7317
PHILADELPHIA, PA  19101-7317

Trustee Claim Number:4   INT %: 0.00%
Court Claim Number:2-2

CLAIM: 939.00
COMMENT: $CL-PL*W/11*AMD

CRED DESC:  PRIORITY CREDITOR
ACCOUNT NO.: 2763

---

**MUNICIPAL AUTHORITY OF BORO OF WEST VIE**
210 PERRY HWY

PITTSBURGH, PA  15229

Trustee Claim Number:5   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT: NOT OWED/JSP*NT PROV/PL*NT ADR~SWG/SCH

CRED DESC:  SECURED CREDITOR
ACCOUNT NO.: 0001

---

**WEST VIEW BOROUGH (EIT)**
C/O TAX COLLECTOR - PRE-2012 YRS
441 PERRY HWY
PITTSBURGH, PA  15229

Trustee Claim Number:6   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT: NOT OWED/JSP*NT PROV/PL*12 AND 13/SCH

CRED DESC:  PRIORITY CREDITOR
ACCOUNT NO.:

---

**INTERNAL REVENUE SERVICE***
CENTRALIZED INSOLVENCY-TRUSTEE REMITS
PO BOX 7317
PHILADELPHIA, PA  19101-7317

Trustee Claim Number:7   INT %: 0.00%
Court Claim Number:2-2

CLAIM: 0.00
COMMENT: 1776/2763*NO GEN UNS/CL-AMD

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 2763

---

**ECMC(*)**
LOCKBOX #8682
PO BOX 16478

ST PAUL, MN  55116-0478

Trustee Claim Number:8   INT %: 9.00%
Court Claim Number:3

CLAIM: 2,643.24
COMMENT: $CL-PL@9%/PL@PMT/PL*LVL/CONF*4958/SCH*DKT

CRED DESC:  UNSECURED  (S)
ACCOUNT NO.: 2763

---

**US DEPARTMENT OF HUD****
C/O NOVAD MANAGEMENT CONSULTING LLC
2401 NW 23RD ST STE 1A1

OKLAHOMA CITY, OK  73107

Trustee Claim Number:9   INT %: 0.00%
Court Claim Number:1

CLAIM: 3,800.40
COMMENT: $CL-PL@0%/MDF/PL*2ND*NT/SCH*XX6157/PL

CRED DESC:  MORTGAGE PAID IN FULL
ACCOUNT NO.: 1574

---

**MIDFIRST BANK SSB***
ATTN BANKRUPTCY TRUSTEE PMTS*
999 NW GRAND BLVD STE 100

OKLAHOMA CITY, OK  73118

Trustee Claim Number:10  INT %: 0.00%
Court Claim Number:8

CLAIM: 667.49
COMMENT: LOAN MOD@CID18*FR CITIMORTGAGE-DOC 101

CRED DESC:  MORTGAGE ARR.
ACCOUNT NO.: 4707

**CLAIM RECORDS**

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:11  INT %: 3.00% | CRED DESC:  SECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:2-2 | ACCOUNT NO.:  1776 |
| PO BOX 7317 | | |
| | CLAIM:  24,756.67 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $@3%/CL-PL*W/4*AMD*DKT | |

| | | |
|---|---|---|
| **MASSEYS** | Trustee Claim Number:12  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:4 | ACCOUNT NO.:  3A2Y |
| PO BOX 800849 | | |
| | CLAIM:  547.17 | |
| DALLAS, TX  75380 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **GINNYS** | Trustee Claim Number:13  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:5 | ACCOUNT NO.:  8630 |
| PO BOX 800849 | | |
| | CLAIM:  281.30 | |
| DALLAS, TX  75380 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **COUNTRY DOOR** | Trustee Claim Number:14  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:6 | ACCOUNT NO.:  8530 |
| PO BOX 800849 | | |
| | CLAIM:  85.13 | |
| DALLAS, TX  75380 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **SEVENTH AVENUE** | Trustee Claim Number:15  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:7 | ACCOUNT NO.:  8570 |
| PO BOX 800849 | | |
| | CLAIM:  217.34 | |
| DALLAS, TX  75380 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **CLERK, U S BANKRUPTCY COURT** | Trustee Claim Number:16  INT %: 0.00% | CRED DESC:  FILING FEES |
| ATTN: FILING FEE CLERK | Court Claim Number: | ACCOUNT NO.:  16-20288 TPA |
| 600 GRANT ST 5414 US STEEL TWR | | |
| | CLAIM:  310.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  FEES/OE | |

| | | |
|---|---|---|
| **MIDFIRST BANK SSB*** | Trustee Claim Number:17  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:8 | ACCOUNT NO.:  4707 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  5,091.66 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  LOAN MOD@CID18*FR CITIMORTGAGE-DOC 101*DK | |

| | | |
|---|---|---|
| **MIDFIRST BANK SSB*** | Trustee Claim Number:18  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:8-2 | ACCOUNT NO.:  4707 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  PMT/LOAN MOD-PL*BGN 3/18*727.38 X (35+2)=LMT*FR CITIMORTGAGE-DOC 101*A | |

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:19  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  MIDLAND MORT/PRAE | |