## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| SUSAN M. BABJAK, | ) | Case No. 16-20288 TPA |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| SUSAN M. BABJAK, | ) | |
| | ) | Docket No. 110 |
| | ) | |
| Movant, | ) | Related to Docket No. 109 |
| | ) | |
| vs. | ) | Hearing Date & Time: 3/3/2021 at 9:30 a.m. |
| | ) | |
| U.S. DEPARTMENT OF | ) | |
| HOUSING & URBAN | ) | |
| DEVELOPMENT, | ) | |
| Respondent. | ) | |

## NOTICE OF ZOOM HEARING AND RESPONSE DEADLINES REGARDING MOTION OF SUSAN M. BABJAK'S MOTION TO COMPEL

TO THE RESPONDENT(s):

You are notified that the above Movant seeks an order affecting your rights or property.

You are further notified to serve with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than on or before February 8, 2021, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the general procedures of Judge Agresti as found on his Procedures web page at http://www.pawb.uscourts.gov./procedues. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on March 3, 2021 at 9:30 a.m. before Judge Thomas P. Agresti via the Zoom Video Conference Application ('Zoom"). To participate

in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488.  For questions regarding the connection, contact Judge Agresti's Staff Lawyer Atty. Courtney Neer, at 814-464-9781.  All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Amended Notice of Temporary Modification of Appearance Procedures, dated and effective June 10, 2020, which can be found on the Court's website at http://www.pawb.uscourts.gov/sites/ default/files/pdfs/tpa-proc-appearances.pdf.  Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet.  When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements.  Only ten minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of service:   January 22, 2021; service by U.S. Mail and electronic filing.


                By:   /s/ Rodney D. Shepherd
                        Rodney D. Shepherd, Esquire
                        Attorney for Movant/Applicant
                        PA I.D. No. 56914
                        rodsheph@cs.com

                        2403 Sidney Street
                        Suite 208
                        Pittsburgh, PA  15203
                        (412) 471-9670