FILED
1/21/21 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Susan M. Babjak<br>    Debtor, | Case No: 16-20288 TPA<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant, | Related Document No. 107 |
|     Vs.<br>Douglas J. Babjak, Non-filing Spouse,<br>    Respondent(s) | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 21st day of January, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

> UNITED STATES POSTAL SERVICE
> C/O EAGAN ACCOUNTING SERVICE
> 2825 LONE OAK PARKWAY
> EAGAN, MN 55121-9611

is hereby ordered to immediately terminate the attachment of the wages of DOUGLAS J. BABJAK. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DOUGLAS J. BABJAK.

FURTHER ORDERED:

BY THE COURT:

_____ asg
UNITED STATES BANKRUPCTY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Non-filing Spouse Employer

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20288-TPA |
| Susan M. Babjak | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jan 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Susan M. Babjak, 134 Mt. Vernon Avenue, Pittsburgh, PA 15229-1929 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 23, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Midland Mortgage as servicer for MIDFIRST BANK bnicholas@kmllawgroup.com |
| Joseph P. Schalk | on behalf of Creditor CitiMortgage INC. jschalk@barley.com, sromig@barley.com |
| Mario J. Hanyon | on behalf of Creditor CitiMortgage INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Rodney D. Shepherd | |

District/off: 0315-2 | User: dpas | Page 2 of 2
Date Rcvd: Jan 21, 2021 | Form ID: pdf900 | Total Noticed: 1

          on behalf of Debtor Susan M. Babjak rodsheph@cs.com

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 8