IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SUSAN M. BABJAK, | ) | Bankruptcy No. 16-20288-TPA |
|     Debtor. | ) | Chapter 13 |
| | ) | |
| SUSAN M. BABJAK | ) | |
| | ) | |
|     Movant, | ) | Related to Doc. 109 & 110 |
| | ) | |
|     vs. | ) | Hearing: March 3, 2021 @ 9:30 am |
| | ) | |
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | ) | |
|     Respondent | ) | |

## RESPONSE TO DEBTOR'S MOTION TO COMPEL

The United States of America, on behalf of the United States of America by and through the U.S. Department of Housing & Urban Development ("HUD"), by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jill Locnikar, Assistant United States Attorney, responds to the Motion to Compel as follows:

1. The averments set forth in paragraph 1 of the Complaint are admitted.

2. The averments set forth in paragraph 2 of the Complaint are admitted.

3. The averments set forth in paragraph 3 of the Complaint are admitted.

4. HUD is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph four (4) of Plaintiff's Motion.

## NEW MATTER

     5.     The United States avers that HUD is in the process of preparing the documents to effectuate the release of lien on Debtor's real property. HUD will then send the lien release to the county to be recorded.

     WHEREFORE, the United States respectfully requests that this Honorable Court deny the Motion to Compel as moot because HUD is in the process of releasing its lien.

     Respectfully submitted:

SCOTT W. BRADY
United States Attorney

Dated: 2/8/2021

*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
Email: jill.locnikar@usdoj.gov
PA. I.D NO. 85892
Counsel for the United States of America

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SUSAN M. BABJAK, | ) | Bankruptcy No. 16-20288-TPA |
|     Debtor. | ) | Chapter 13 |
| | ) | |
| | ) | |
| SUSAN M. BABJAK | ) | |
| | ) | |
|     Movant, | ) | Related to Doc. 109 & 110 |
| | ) | |
|     vs. | ) | Hearing: March 3, 2021 @ 9:30 am |
| | ) | |
| U.S. DEPARTMENT OF HOUSING | ) | |
| & URBAN DEVELOPMENT | ) | |
|     Respondent | ) | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served or caused to be served the response to Debtor's Motion to Compel by first class mail or electronic means on the below.

**Service by Electronic Notification:**

Rodney D. Shepherd, Jr.
rodsheph@cs.com

Ronda J. Winnecour Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First Class Mail:**

**Susan M. Babjak**
134 Mt. Vernon Avenue
Pittsburgh, PA 15229


Dated: 2/8/2021                      */s/ Jill Locnikar*
                                                         Jill Locnikar
                                                         Assistant U.S. Attorney