Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Susan M. Babjak** | : | Case No. 16−20288−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 117 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 5/5/21 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this *The 23rd of February, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 117 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before April 9, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on ***May 5, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

*[signature]*
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20288-TPA |
| Susan M. Babjak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: agro | Page 1 of 3 |
| Date Rcvd: Feb 23, 2021 | Form ID: 300b | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan M. Babjak, 134 Mt. Vernon Avenue, Pittsburgh, PA 15229-1929 |
| sp | + | Berger And Green, 800 Waterfront Drive, Pittsburgh, PA 15222-4755 |
| sp | + | Cynthia C. Berger, 800 Waterfront Drive, Pittsburgh, PA 15222-4755 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | United States of America, Department of Housing an, c/o U.S. Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14171773 | | CitiMortgage, P.O. Box 689196, Des Moines, IA 50368-9196 |
| 14213926 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14171776 | | Educational Credit Management Corp., Lockbox 8890, P.O. Box 16478, Saint Paul, MN 55116-0478 |
| 14171777 | | Peoples, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14171778 | | West View Authority, Waste Water Department, P.O. Box 97208, Pittsburgh, PA 15229-0208 |
| 14171779 | + | West View Borough, c/o Cathy Mann, Assistant Treasurer, 441 Perry Highway, Pittsburgh, PA 15229-1818 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14171773 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 02:41:43 | CitiMortgage, P.O. Box 689196, Des Moines, IA 50368-9196 |
| 14241138 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 02:45:20 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA, 50368-8971 |
| 14232435 | + | Email/Text: bankruptcy@sccompanies.com | Feb 24 2021 03:22:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14173503 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2021 03:19:00 | Department of the Treasury, Internal Revenue Service, 1000 Liberty Avenue, Stop 711 B, Pittsburgh, PA 15222-4107 |
| 14171775 | | Email/Text: kburkley@bernsteinlaw.com | Feb 24 2021 03:22:00 | Duquesne Light, Payment Processing Center, P.O. Box 67, Pittsburgh, PA 15267-0001 |
| 14241441 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 24 2021 03:22:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14232434 | + | Email/Text: bankruptcy@sccompanies.com | Feb 24 2021 03:22:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14228663 | + | Email/Text: bankruptcy@sccompanies.com | Feb 24 2021 03:18:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14917762 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 24 2021 02:41:36 | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14232436 | + | Email/Text: bankruptcy@sccompanies.com | Feb 24 2021 03:22:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

14174772           + Email/PDF: OGCRegionIIIBankruptcy@hud.gov
                                                   Feb 24 2021 02:41:36   U.S. Department of Housing and Urban
                                                                          Development, 451 7th Street S.W., Washington,
                                                                          DC 20410-0002

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | CitiMortgage, INC. |
| cr |  | Duquesne Light Company |
| cr |  | Midland Mortgage as servicer for MIDFIRST BANK |
| cr | *+ | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14171774 | * | Department of the Treasury, Internal Revenue Service, P.O. Box 37004, Hartford, CT 06176-7004 |
| 14173504 | *+ | Internal Revenue Service, P.O. Box 37004, Hartford, CT 06176-7004 |
| 14241138 | ## | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA, 50368-8971 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021                Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Midland Mortgage as servicer for MIDFIRST BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States of America  Department of Housing and Urban Development jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Joseph P. Schalk | on behalf of Creditor CitiMortgage  INC. jschalk@barley.com, sromig@barley.com |
| Mario J. Hanyon | on behalf of Creditor CitiMortgage  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Rodney D. Shepherd | on behalf of Debtor Susan M. Babjak rodsheph@cs.com |
| Ronda J. Winnecour |  |

District/off: 0315-2 User: agro Page 3 of 3
Date Rcvd: Feb 23, 2021 Form ID: 300b Total Noticed: 20

        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 10