**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SUSAN M. BABJAK

        Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:16-20288 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/29/2016 and confirmed on 4/18/16. The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 112,384.33 |
| Less Refunds to Debtor | 13,967.96 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,416.37 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,550.15 | |
|   Trustee Fee | 5,235.56 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,785.71 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* <br>   Acct: 4707 | 17,024.53 | 17,024.53 | 0.00 | 17,024.53 |
|   MIDFIRST BANK SSB* <br>   Acct: 4707 | 5,091.66 | 5,091.66 | 0.00 | 5,091.66 |
|   MIDFIRST BANK SSB* <br>   Acct: 4707 | 0.00 | 25,803.04 | 0.00 | 25,803.04 |
|   MIDFIRST BANK SSB* <br>   Acct: 4707 | 667.49 | 667.49 | 0.00 | 667.49 |
|   MUNICIPAL AUTHORITY OF BORO OF WE <br>   Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE* <br>   Acct: 1776 | 24,756.67 | 24,756.67 | 2,394.33 | 27,151.00 |
|   US DEPARTMENT OF HUD** <br>   Acct: 1574 | 3,800.40 | 3,800.40 | 0.00 | 3,800.40 |
| | | | | 79,538.12 |
| **Priority** | | | | |
|   RODNEY D SHEPHERD ESQ <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SUSAN M. BABJAK <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SUSAN M. BABJAK <br>   Acct: | 13,967.96 | 13,967.96 | 0.00 | 0.00 |
|   LAW OFFICES OF RODNEY SHEPHERD <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   RODNEY D SHEPHERD ESQ <br>   Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   RODNEY D SHEPHERD ESQ <br>   Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-18 | 4,550.15 | 4,550.15 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE* <br>   Acct: 2763 | 939.00 | 939.00 | 0.00 | 939.00 |
|   WEST VIEW BOROUGH (EIT) <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CLERK, U S BANKRUPTCY COURT <br>   Acct: XXXXXXXX TPA | 310.00 | 310.00 | 0.00 | 310.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 1,249.00 |
| Unsecured | | | | |
| ECMC(*)  Acct: 2763 | 2,643.24 | 2,643.24 | 657.09 | 3,300.33 |
| DUQUESNE LIGHT COMPANY*  Acct: 2763 | 412.27 | 412.27 | 0.00 | 412.27 |
| INTERNAL REVENUE SERVICE*  Acct: 2763 | 0.00 | 0.00 | 0.00 | 0.00 |
| MASSEYS  Acct: 3A2Y | 547.17 | 547.17 | 0.00 | 547.17 |
| GINNYS  Acct: 8630 | 281.30 | 281.30 | 0.00 | 281.30 |
| COUNTRY DOOR  Acct: 8530 | 85.13 | 85.13 | 0.00 | 85.13 |
| SEVENTH AVENUE  Acct: 8570 | 217.34 | 217.34 | 0.00 | 217.34 |
| PEOPLES NATURAL GAS CO LLC - EQUIT  Acct: 4863 | 701.43 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 4,843.54 |

TOTAL PAID TO CREDITORS                                                                          85,630.66

TOTAL CLAIMED
PRIORITY            1,249.00
SECURED            51,340.75
UNSECURED          4,887.88

Date: 02/22/2021                                       /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SUSAN M. BABJAK

           Debtor(s)

    Ronda J. Winnecour
           Movant
        vs.
    No Repondents.

Case No.:16-20288 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Susan M. Babjak  
    Debtor

Case No. 16-20288-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: agro      Page 1 of 3  
Date Rcvd: Feb 23, 2021      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan M. Babjak, 134 Mt. Vernon Avenue, Pittsburgh, PA 15229-1929 |
| sp | + | Berger And Green, 800 Waterfront Drive, Pittsburgh, PA 15222-4755 |
| sp | + | Cynthia C. Berger, 800 Waterfront Drive, Pittsburgh, PA 15222-4755 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | United States of America, Department of Housing an, c/o U.S. Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14171773 | | CitiMortgage, P.O. Box 689196, Des Moines, IA 50368-9196 |
| 14213926 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14171776 | | Educational Credit Management Corp., Lockbox 8890, P.O. Box 16478, Saint Paul, MN 55116-0478 |
| 14917762 | + | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14171777 | | Peoples, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14171778 | | West View Authority, Waste Water Department, P.O. Box 97208, Pittsburgh, PA 15229-0208 |
| 14171779 | + | West View Borough, c/o Cathy Mann, Assistant Treasurer, 441 Perry Highway, Pittsburgh, PA 15229-1818 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14171773 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 02:41:44 | CitiMortgage, P.O. Box 689196, Des Moines, IA 50368-9196 |
| 14241138 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 02:45:20 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA, 50368-8971 |
| 14232435 | + | Email/Text: bankruptcy@sccompanies.com | Feb 24 2021 03:22:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14173503 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2021 03:19:00 | Department of the Treasury, Internal Revenue Service, 1000 Liberty Avenue, Stop 711 B, Pittsburgh, PA 15222-4107 |
| 14171775 | | Email/Text: kburkley@bernsteinlaw.com | Feb 24 2021 03:22:00 | Duquesne Light, Payment Processing Center, P.O. Box 67, Pittsburgh, PA 15267-0001 |
| 14241441 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 24 2021 03:22:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14232434 | + | Email/Text: bankruptcy@sccompanies.com | Feb 24 2021 03:22:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14228663 | + | Email/Text: bankruptcy@sccompanies.com | Feb 24 2021 03:18:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14232436 | + | Email/Text: bankruptcy@sccompanies.com | Feb 24 2021 03:22:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14174772 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 24 2021 02:41:36 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, |

DC 20410-0002

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CitiMortgage, INC. |
| cr | | Duquesne Light Company |
| cr | | Midland Mortgage as servicer for MIDFIRST BANK |
| cr | *+ | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14171774 | * | Department of the Treasury, Internal Revenue Service, P.O. Box 37004, Hartford, CT 06176-7004 |
| 14173504 | *+ | Internal Revenue Service, P.O. Box 37004, Hartford, CT 06176-7004 |
| 14241138 | ## | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA, 50368-8971 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Midland Mortgage as servicer for MIDFIRST BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States of America  Department of Housing and Urban Development jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Joseph P. Schalk | on behalf of Creditor CitiMortgage  INC. jschalk@barley.com, sromig@barley.com |
| Mario J. Hanyon | on behalf of Creditor CitiMortgage  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Rodney D. Shepherd | on behalf of Debtor Susan M. Babjak rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

District/off: 0315-2                    User: agro                    Page 3 of 3
Date Rcvd: Feb 23, 2021                 Form ID: pdf900               Total Noticed: 20

on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 10