Case 16-20288-TPA    Doc 121    Filed 03/04/21    Entered 03/04/21 14:04:49    Desc Main
Document      Page 1 of 1
FILED
3/4/21 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 16-20288-TPA |
| | : | | |
| Susan M. Babjak | : | Chapter: | 13 |
| | : | | |
| *Debtor(s)*. | : | | |
| | : | Date: | 3/3/2021 |
| | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER**      #109 Motion to Compel
                        #114 Resp. by Dept. of Housing

**APPEARANCES:**

Debtor:          Rodney D. Shepherd (no appearance)
Trustee:         Ronda J. Winnecour
Dept. of Housing: Jill Locnikar (no appearance)

**NOTES:**

Winnecour:      Waiting for HUD to file a release.

**OUTCOME:**      Denied as moot because matter resolved because case is complete and no parties appeared at the hearing. MOE

*asg*