FILED
3/4/21 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUSAN M. BABJAK, | Bank. No. 16-20288 TPA |
| Debtor, | Chapter 13 |
| SUSAN M. BABJAK, | Docket No. 109 |
| | Related to Docket No. 12, 31, 40, 62, 75, 81, 95 |
| Movant, | |
| vs. | Hearing Date and Time: 3/3/2021 at 9:30 a.m. |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | |
| Respondent. | |

### ORDER OF COURT

AND NOW, this __3rd__ day of __March__, 2021, upon consideration of the **MOTION TO COMPEL**, it is hereby ORDERED, ADJUDGED and DECREED that the ~~U.S. Department of Housing & Urban Development shall file a satisfaction piece showing that the secured claim and/or mortgage held by HUD against the Debtor's property has now been satisfied.~~ Motion is DENIED as moot since its been reported to the Court the matter is resolved and no parties appeared at today's hearing.

_____
Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Susan M. Babjak  
    Debtor

Case No. 16-20288-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 2  
Date Rcvd: Mar 04, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan M. Babjak, 134 Mt. Vernon Avenue, Pittsburgh, PA 15229-1929 |
| cr | + | United States of America, Department of Housing an, c/o U.S. Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Midland Mortgage as servicer for MIDFIRST BANK bnicholas@kmllawgroup.com

Brian Nicholas  
     on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Jill Locnikar  
     on behalf of Creditor United States of America  Department of Housing and Urban Development jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Joseph P. Schalk  
     on behalf of Creditor CitiMortgage  INC. jschalk@barley.com, sromig@barley.com

Mario J. Hanyon  
     on behalf of Creditor CitiMortgage  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

District/off: 0315-2      User: dpas      Page 2 of 2
Date Rcvd: Mar 04, 2021      Form ID: pdf900      Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Rodney D. Shepherd
    on behalf of Debtor Susan M. Babjak rodsheph@cs.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

TOTAL: 10