**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  SUSAN M. BABJAK

          Debtor(s)

  Ronda J. Winnecour
          Movant
      vs.
  No Repondents.

Case No.:16-20288 TPA

Chapter 13

Related Document No.: 117

ORDER OF COURT

  AND NOW, this 26th day of April, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**asg**

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20288-TPA |
| Susan M. Babjak | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Apr 26, 2021 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#       Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan M. Babjak, 134 Mt. Vernon Avenue, Pittsburgh, PA 15229-1929 |
| sp | + | Berger And Green, 800 Waterfront Drive, Pittsburgh, PA 15222-4755 |
| sp | + | Cynthia C. Berger, 800 Waterfront Drive, Pittsburgh, PA 15222-4755 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | United States of America, Department of Housing an, c/o U.S. Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14213926 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14171776 | | Educational Credit Management Corp., Lockbox 8890, P.O. Box 16478, Saint Paul, MN 55116-0478 |
| 14917762 | + | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14171777 | | Peoples, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14171778 | # | West View Authority, Waste Water Department, P.O. Box 97208, Pittsburgh, PA 15229-0208 |
| 14171779 | + | West View Borough, c/o Cathy Mann, Assistant Treasurer, 441 Perry Highway, Pittsburgh, PA 15229-1818 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14171773 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2021 01:36:06 | CitiMortgage, P.O. Box 689196, Des Moines, IA 50368-9196 |
| 14241138 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2021 01:37:52 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA, 50368-8971 |
| 14232435 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2021 02:20:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14173503 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2021 02:18:00 | Department of the Treasury, Internal Revenue Service, 1000 Liberty Avenue, Stop 711 B, Pittsburgh, PA 15222-4107 |
| 14171775 | | Email/Text: kburkley@bernsteinlaw.com | Apr 27 2021 02:19:00 | Duquesne Light, Payment Processing Center, P.O. Box 67, Pittsburgh, PA 15267-0001 |
| 14241441 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 27 2021 02:19:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14232434 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2021 02:20:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14228663 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2021 02:17:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14232436 | + | Email/Text: bankruptcy@sccompanies.com | Apr 27 2021 02:20:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14174772 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 27 2021 01:39:40 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CitiMortgage, INC. |
| cr | | Duquesne Light Company |
| cr | | Midland Mortgage as servicer for MIDFIRST BANK |
| cr | *+ | MidFirst Bank, Bankruptcy Payments, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14171774 | * | Department of the Treasury, Internal Revenue Service, P.O. Box 37004, Hartford, CT 06176-7004 |
| 14173504 | *+ | Internal Revenue Service, P.O. Box 37004, Hartford, CT 06176-7004 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Midland Mortgage as servicer for MIDFIRST BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States of America  Department of Housing and Urban Development jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Joseph P. Schalk | on behalf of Creditor CitiMortgage  INC. jschalk@barley.com, sromig@barley.com |
| Mario J. Hanyon | on behalf of Creditor CitiMortgage  INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Rodney D. Shepherd | on behalf of Debtor Susan M. Babjak rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |

TOTAL: 10